## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 612**

In the Matter of

First Midwest Bank

v.

Wayne W. Lestarczyk, an individual;
Mary A. Lestarczyk, an individual;

Case Number:

**JUDGE KENDALL**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

First Midwest Bank,

**FILED**

**JANUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| |
|---|
| NAME (Type or print)<br> Wayne B. Giampierto |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Wayne B. Giampierto |
| FIRM<br> Stitt, Klein, Daday, Aretos & Giampietro, LLC |
| STREET ADDRESS<br> 121 S. Wilke Road, Suite 500 |
| CITY/STATE/ZIP<br> Arlington Heights, IL 60005 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0947776 | TELEPHONE NUMBER<br>847-590-8700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐