**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

First Midwest Bank
                            Plaintiff,

v.                                                    Case No.: 1:08−cv−00612
                                                      Honorable Virginia M. Kendall

Wayne Lestarczyk, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 3, 2008:

      MINUTE entry before Judge Virginia M. Kendall : On the Court's own motion, the 3/31/08 Initial Status hearing is reset for 4/10/2008 at 09:00 AM. The Joint Status Report is due by 4/7/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.