AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 612**

## SUMMONS IN A CIVIL CASE

First Midwest Bank,

CASE NUMBER:     JUDGE KENDALL
                         MAGISTRATE JUDGE SCHENKIER

V.

ASSIGNED JUDGE:

Wayne W. Lestarczyk, an individual;
Mary A. Lestarczyk, an individual;

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Wayne W. Lestarczyk    *18018 W. Hunt Club Road*
~~9206 Walnut Lane~~     *Mokena, IL 60448*
~~Tinley Park, IL 60477~~

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen G. Daday
Stitt, Klein, Daday, Aretos & Giampietro
121 S. Wilke Road, Suite 500
Arlington Heights, IL 60005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacquline Halimon*
(By) DEPUTY CLERK

January 28, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: FEBRUARY 27 2008 |
| NAME OF SERVER (PRINT): ADAM SONNE | TITLE: PROCESS SERVERS |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 18018 W. HUNT CLUB DRIVE, MOKENA IL 60448

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 28 2008         [signature] Adam Sonne
         Date                Signature of Server

Edward D. Sonne, Jr. & Associates
7021 W. 153rd Street, Ste. 2
Orland Park, IL 60462
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.