IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, | ) |
|       Plaintiff, | ) |
| v. | ) No. 08 C 612 |
| WAYNE W. LESTARCZYK, an individual; MARY A. LESTARCZYK, an individual, | ) |
|       Defendants. | ) |

INITIAL STATUS REPORT

Now comes the Plaintiff, First Midwest Bank, by and through its attorney, Stephen G. Daday and submits this status report for newly filed cases as follows:

1. Attorney of Record:

    Plaintiff First Midwest Bank:
    Stephen G. Daday
    121 S. Wilke Suite 500
    Arlington Heights, IL 60005

2. Basis of Jurisdiction: Ship Mortgage Act, 46 U.S.C. section 31301, et seq.,

3. Nature of the claim: Foreclosure of a Ship Mortgage.

4. All Parties have been served. No party has appeared.

5. The matter should be resolved by motion for default

Respectfully Submitted,

/s/ Stephen G. Daday

Stephen G. Daday
Stitt, Klein, Daday, Aretos & Giampietro, LLC
121 S. Wilke Suite 500
Arlington Heights, IL 60005