## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

First Midwest Bank

                         Plaintiff,

v.                                        Case No.: 1:08–cv–00612
                                                  Honorable Virginia M. Kendall

Wayne Lestarczyk, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

        MINUTE entry before Judge Honorable Virginia M. Kendall: Status hearing held 5/1/2008. Plaintiff's oral motion for entry of default judgment is granted. Prove–up hearing set for 5/22/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.