# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 612 | **DATE** | 5/30/2008 |
| **CASE TITLE** | First Midwest Bank vs. Lestarczyk | | |

**DOCKET ENTRY TEXT**

The Court appoints Daniel A. Zazove, Perkins Coie LLP, 131 S. Dearborn, Suite 1700, Chicago, IL 60603, (312) 324-8605 as counsel for defendant Mary A. Lestarczyk. The 6/23/2008 Prove-up hearing stands.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KW |
|---|---|---|

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 612 | **DATE** | 5/30/2008 |
| **CASE TITLE** | First Midwest Bank vs. Lestarczyk | | |

**DOCKET ENTRY TEXT**

The Court appoints Daniel A. Zazove, Perkins Coie LLP, 131 S. Dearborn, Suite 1700, Chicago, IL 60603, (312) 324-8605 as counsel for defendant Mary A. Lestarczyk. The 6/23/2008 Prove-up hearing stands.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KW |
|---|---|---|