Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M.  Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 612 | **DATE** | 6/2/2008 |
| **CASE TITLE** | First Midwest Bank vs.  Lestarczyk et al | | |

**DOCKET ENTRY TEXT**

On the Court's own motion, attorney Daniel Zazove is hereby withdrawn as counsel of record for defendant Mary Lestarczyk.  The Court appoints attorney John Delnero, Bell Boyd & Lloyd, 70 W. Madison, Chicago, IL  60602, (312) 807-4331 as counsel for defendant Mary Lestarczyk.  The 6/23/08 Prove-up hearing stands.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KW |
|---|---|---|