**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED FROM YOU MAY BE USED FOR THAT PURPOSE.**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 612 |
| ) | |
| WAYNE W. LESTARCZYK, an individual; ) | |
| MARY A. LESTARCZYK, an individual, ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF ATTORNEYS

I hereby withdraw my appearance as counsel for Plaintiff in the within matter.

*/s/ Kevin Berrill*
Kevin J. Berrill

I hereby enter my appearance as counsel for Plaintiff in the within matter.

S/MICHAEL G. ARETOS
MICHAEL G. ARETOS

STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO
Attorneys for Plaintiff
2550 W. W. Golf Road, Suite 250
Rolling Meadows, Illinois 60008
847-590-8700