**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
FROM YOU MAY BE USED FOR THAT PURPOSE.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, | ) |
| Plaintiff, | ) |
| v. | ) No. 08 C 612 |
| WAYNE W. LESTARCZYK, an individual; | ) |
| MARY A. LESTARCZYK, an individual, | ) |
| Defendants. | ) |

### SUBSTITUTION OF ATTORNEYS

I hereby withdraw my appearance as counsel for Plaintiff in the within matter.

_____
Kevin J. Berrill


I hereby enter my appearance as counsel for Plaintiff in the within matter.

S/MICHAEL G. ARETOS
MICHAEL G. ARETOS


STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO
Attorneys for Plaintiff
2550 W. W. Golf Road, Suite 250
Rolling Meadows, Illinois 60008
847-590-8700