**EXHIBIT A**

Case 1:08-cv-00612   Document 23-2   Filed 06/26/2008   Page 1 of 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRST MIDWEST BANK, <br><br>       Plaintiff, <br><br> v. <br><br> WAYNE W. LESTARCZYK, an individual; <br> MARY A. LESTARCZYK, an individual, <br><br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 08 C 612 <br><br> Honorable Virginia M. Kendall |

## DECLARATION OF MARY A. LESTARCZYK

I, Mary A. Lestarczyk, declare

1. Unless otherwise stated, I have personal knowledge of the facts set forth herein. If called upon to do so, I could and would competently testify to the following facts.

2. I am not in possession of the Boat at issue in the Plaintiff's Complaint.

3. To the best of my knowledge, the Boat is in the possession of Wayne Lestarczyk.

4. On various occasions from approximately June 1, 2008 through Monday, June 23, 2008, I drove past the business of Frankfort Drywall Supply, 10211 191st St., Mokena, IL 60448 and identified the Boat at that address.

5. On Wednesday, June 25, 2008, I again drove past the address identified above and the Boat was no longer at that address. On that same day I also drove by Wayne Lestarczyk's residence, and the Boat was not visibly located there.

6. On various occasions, Wayne Lestarczyk has suggested that he will hide, damage or destroy the Boat.

I declare under penalty of perjury under the law of the State of Illinois and of the United States of America that other foregoing is true and correct to the best of my knowledge, information and belief.

Executed at _____, Illinois, on June 26, 2008.

OFFICIAL SEAL
JUDY M. HARDIEWAY
Notary Public - State of Illinois
My Commission Expires May 10, 2011

Mary A. Lestarczyk

Subscribed and sworn to before me
on June 26, 2008.

Judy Hardieway