UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 612 |
| v. ) | |
| ) | Honorable Virginia M. Kendall |
| WAYNE W. LESTARCZYK, an individual; ) | |
| MARY A. LESTARCZYK, an individual, ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR RULE TO SHOW CAUSE

Upon consideration of the *Motion for Rule to Show Cause* (the "*Motion*"); the Court having reviewed the Motion; the Court finding notice of the Motion sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Wayne Lestarczyk must personally appear in this Court on July __, 2008, at _:__ _.m., Room 2319 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604 to identify the location of the Boat;

2. If Wayne Lestarczyk does not appear at the above mentioned court hearing, a body attachment shall issue against Wayne Lestarczyk; and

3. Wayne Lestarczyk shall not hide, damage or destroy the Boat during the pendancy of this case.

DATE: July __, 2008

_____
UNITED STATES DISTRICT JUDGE

454733/E/1