**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| FIRST MIDWEST BANK, | ) | |
| | ) | |
| | ) | Case No. 08 C 612 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Virginia M. Kendall |
| | ) | |
| WAYNE W. LESTARCZYK, an individual; | ) | |
| MARY A. LESTARCZYK, an individual | ) | |
| | ) | Hearing: July 3, 2008 at 9:00 a.m. |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, July 3, 2008**, at 9:00 a.m., we shall appear before the Honorable Virginia M. Kendall in Courtroom 2319 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present the **Motion for Rule to Show Cause**, a copy of which is attached hereto and hereby served upon you.

Dated:  June 26, 2008                                Respectfully submitted,


                                                     By:____/s/ John S. Delnero____

                                                          John S. Delnero
                                                          BELL BOYD & LLOYD LLP
                                                          John S. Delnero (No. 6195914)
                                                          Joseph B. DiRago (No. 6282756)
                                                          30 West Madison Street, Suite 3100
                                                          Chicago, Illinois  60602
                                                          Telephone: (312) 372-1121
                                                          Facsimile: (312) 827-8000

## CERTIFICATE OF SERVICE

The undersigned caused copies of the forgoing **Notice of Motion and Motion for Rule to Show Cause** to be served on the parties listed below via first class U.S. Mail, postage prepaid on this 26th day of June, 2008.

|  |  |
|---|---|
| Wayne W. Lestarczyk | Stephen G. Daday |
| 18018 West Hunt Club Road | Stitt, Klien, Daday, Aretos & Giampietro |
| Mokena, IL 60448 | 121 South Wilke Road |
|  | Suite 500 |
|  | Arlington Heights, IL 60005 |


                              /s/ John S. Delnero