**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

First Midwest Bank
                                Plaintiff,

v.                                                    Case No.: 1:08–cv–00612
                                                     Honorable Virginia M. Kendall

Wayne Lestarczyk, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendant Wayne Lestarczyk fails to appear.Motion hearing held. Defendant Mary Lestarczyk's motion for rule to show cause[23] is granted. Enter rule to show cause against defendant Wayne Lestarczyk for failure to appear today and his refusal to cooperate in disclosing the location of the boat. Defendant Wayne Lestarczyk is ordered to identify the exact location of the boat and to preserve the boat in its current condition. Show Cause Hearing is set for 7/8/2008 at 09:00 AM. Defendant Wayne Lestarczyk is ordered to appear on 7/8/2008 at 9:00 am.Advised in open court notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.