UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

First Midwest Bank
                                  Plaintiff,

v.                                                    Case No.: 1:08–cv–00612
                                                           Honorable Virginia M. Kendall

Wayne Lestarczyk, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: The minute entry dated 6/23/2008 [doc # 22] is correct as follows: Defendant Wayne Lestarczyk fails to appear. The order shall stand in all other respects.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.