UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

First Midwest Bank
                    Plaintiff,

v.                                        Case No.: 1:08−cv−00612
                                          Honorable Virginia M. Kendall

Wayne Lestarczyk, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held. Defendant Wayne Lestarczyk fails to appear and fails to provide the location of the boat. Defendant Mary Lestarczyk advises the court that she has been in personal contact with defendant Wayne Lestarczyk and that she advised Wayne that he was ordered to appear today. Order body attachment is issue as to defendant Wayne Lestarczyk for failure to appear. Counsel are directed to submit the body attachment writ to the Clerk of Court and to submit completed USM 285 forms (directions for service) to the U.S. Marshal forthwith.Mailed noticeMailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.