# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 612 | **DATE** | 7/7/2008 |
| **CASE TITLE** | FIRST MIDWEST BANK vs. LESTARCZYK et al | | |

**DOCKET ENTRY TEXT**

Enter rule to show cause against defendant Wayne Lestarczyk. Hearing on the rule to show cause is set for July 8, 2008 at 9:00 am.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: JS