

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 08 C 612 |
| v. | ) |
| | ) Honorable Virginia M. Kendall |
| WAYNE W. LESTARCZYK, an individual; | ) |
| MARY A. LESTARCZYK, an individual, | ) Hearing: July 8, 2008 at 9:00 a.m. |
| | ) |
| Defendants. | ) |

### ORDER AND RULE TO SHOW CAUSE

THIS CAUSE COMING TO BE HEARD on motion of Mary Lestraczyk for Rule to Show Cause, which was duly served on Wayne Lestarczyk, who failed to appear personally and has refused to cooperate in disclosing the location of the boat, the Court being fully advised in the premises,

IT IS ORDERED that there is hereby entered instanter against Wayne Lestarczyk the following:

### RULE TO SHOW CAUSE

WAYNE LESTARCZYK IS HEREBY ORDERED TO DISCLOSE THE LOCATION OF THE BOAT AND TO PRESERVE THE BOAT IN ITS CURRENT CONDITION. WAYNE LESTARCZYK SHALL APPEAR IN PERSON BEFORE THIS HONORABLE COURT ON THE 8TH DAY OF JULY, 2008 AT 9:00 A.M. IN COURTROOM 2319, 219 SOUTH DEARBORN ST., CHICAGO, ILLINOIS 60604.

IT IS FURTHER ORDERED that Wayne Lestarczyk shall be personally served a copy of this Order.

JUL - 7 2008

_____
UNITED STATES DISTRICT COURT JUDGE

AFTER PERSONAL SERVICE OF THIS ORDER, YOUR FAILURE TO APPEAR AS ORDERED MAY RESULT IN YOUR BEING TAKEN INTO CUSTODY AND HELD IN JAIL BY THE UNITED STATES MARSHALL UNTIL YOUR HEARING.

455092/E/1