**FIRST MIDWEST BANK**

VS.  **COURT NO.: 1:08 CV 612**

**WAYNE W. LESTARCZYK, AN INDIVIDUAL: MARY A. LESTARCZYK, AAN INDIVIDUAL**

**DOCUMENT:**  NOTIFICATION OF DOCKET ENTRY

Edward D. Sonne, Jr. being first duly sworn on oath deposes and states that he served the above document as follows:

☐ By leaving a copy with the defendant _____, personally on _____.

☑ By leaving a copy at his/her usual place of abode with Joseph Lestarczyk, Son, a member of the household of the age of 13 years or upwards and informed that person of the contents thereof on July 06, 2008, and further mailed a copy of said documents in a sealed envelope with postage prepaid addressed to the defendant, Wayne W. Lestarczyk, at his/her usual place of abode on July 07, 2008.

☐ On said corporate defendant, _____, by leaving a copy with _____, the registered agent, officer or other agent of said corporate defendant on _____.

☐ That he was unable to serve said defendant, _____.

That the approximate physical description of the defendant or other person whom the documents were left with are as follows:

Sex: **Male**    Race: **White**    Age: **23 Years**

Hair: **Brown**    Build: **6'3 245 lbs**    Glasses: **No**

That the exact address, date and time of day when the documents were served are as follows:

Address: **18018 W. Hunt Club Road, Mokena, IL, 60448**

Date: **July 06, 2008**    Time: **05:55 PM**

Subscribed and sworn to before me this July 07, 2008.

_____
Notary Public

OFFICIAL SEAL
DAWN M SONNE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/12

_____
Edward D. Sonne, Jr.
Edward D. Sonne, Jr. & Associates, Inc.
7021 W. 153rd St., Ste. 2, Orland Park, IL 60462
Agency License No.: 117-001047

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

First Midwest Bank
                        Plaintiff,

v.                                       Case No.: 1:08−cv−00612
                                       Honorable Virginia M. Kendall

Wayne Lestarczyk, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendant Wayne Lestarczyk fails to appear. Motion hearing held. Defendant Mary Lestarczyk's motion for rule to show cause[23] is granted. Enter rule to show cause against defendant Wayne Lestarczyk for failure to appear today and his refusal to cooperate in disclosing the location of the boat. Defendant Wayne Lestarczyk is ordered to identify the exact location of the boat and to preserve the boat in its current condition. Show Cause Hearing is set for 7/8/2008 at 09:00 AM. Defendant Wayne Lestarczyk is ordered to appear on 7/8/2008 at 9:00 am. Advised in open court notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.