# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 612 | **DATE** | 7/14/2008 |
| **CASE TITLE** | FIRST MIDWEST BANK vs. WAYNE LESTARCZYK et al | | |

**DOCKET ENTRY TEXT**

Order body attachment to issue as to defendant Wayne W. Lestarczyk.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|