UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK,<br><br>        Plaintiff,<br><br>        v.<br><br>WAYNE W. LESTARCZYK, an individual;<br>MARY A. LESTARCZYK, an individual,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Case No. 08 C 612<br>)<br>)   Honorable Virginia M. Kendall<br>)<br>)<br>)<br>)<br>) |

### ORDER

THIS CAUSE COMING TO BE HEARD pursuant to the Order of this Court entered on July 3, 2008 (the "*Order*"); by the Order Wayne Lestarczyk was required to appear in open court for a hearing on July 8, 2008; it appearing that Wayne Lestarczyk has been duly and properly served with the Order; it appearing that Wayne Lestarczyk had due notice of the hearing set for July 8, 2008 pursuant to the Order; Wayne Lestarczyk failing to appear; and the Court being fully informed;

IT IS HEREBY ORDERED as follows:

1. That the United States Marshal Service attach the body of Wayne Lestarczyk, whose address is 18018 Hunt Club Drive, Mokena, Illinois 60448 and shall transport him in custody to this Court, COURTROOM 2319, 219 SOUTH DEARBORN ST., CHICAGO, ILLINOIS 60604;

2. That in the event court is not in session at the time of the arrest of Wayne Lestarczyk, the United States Marshal's Service shall bring him before a Magistrate Judge of this District;

3. A copy of this Order shall be served upon Wayne Lestarczyk.

DATE: July 14, 2008

                                                UNITED STATES DISTRICT COURT JUDGE